IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | CIVIL ACTION NO. H-12-1699 |
| v. | § | (CRIMINAL NO. H-10-412-07) |
| | § | |
| JOSEPH LAMAR BROUSSARD, | § | |
| | § | |
| Defendant/Petitioner. | § | |

**FINAL JUDGMENT**

According to the court's Memorandum Opinion and Order granting the United States' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

For the reasons stated in the Memorandum Opinion and Order and because petitioner has not made a substantial showing of the denial of a constitutional right, Broussard is **DENIED** a certificate of appealability.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 10th day of October, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE